```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JOSE LUIS ARROYO                :       CIVIL ACTION
                                :
        v.                      :
                                :
JOSEPH P. NISH, et al.          :       NO. 08-cv-00744-JF


                    MEMORANDUM AND ORDER

Fullam, Sr. J.                                February 25, 2008

      Plaintiff's hand-written complaint in this action is largely illegible.  Plaintiff seems to be complaining about the way prison authorities handled various grievances that he may have asserted.  To the extent that any meaning can be gleaned from plaintiff's complaint, it appears that his claims, if any, arose at the respective prisons, neither of which is located in the Eastern District of Pennsylvania.  None of the named defendants is a resident of this District.  Accordingly, the action will be dismissed, without prejudice to plaintiff's right to file a comprehensible claim in the appropriate court.

      An Order follows.

```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JOSE LUIS ARROYO                :        CIVIL ACTION
                                :
        v.                      :
                                :
JOSEPH P. NISH, et al.          :        NO. 08-cv-00744-JF
```

ORDER

AND NOW, this 25th day of February 2008, IT IS ORDERED:

1. That plaintiff's complaint is DISMISSED, without prejudice to his right to reassert any valid claims he may have, by filing a legible complaint in the appropriate court, in which venue may properly be asserted.

2. The Clerk shall close the record of this case.


                                BY THE COURT:


                                /s/ John P. Fullam
                                John P. Fullam, Sr. J.